FILED IN CLERKS OFFICE 2020 SEP 11 AM 12: 11 U.S. DISTRICT COURT DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT

for the

Imre Kifor
*Petitioner*

v.

Middlesex Probate & Family Court, Cambridge, MA
Mass. DOR, Child Support Enforcement Div.
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. ______________ *(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Imre Kifor
   (b) Other names you have used: ______________
2. Place of confinement:
   (a) Name of institution: Deliberate, implicit long-term house arrest without consideration,
   (b) Address: 2 Wyndcliff Dr, Acton, MA 01720, February 12, 2018 to present
   Middlesex County Jail, Billerica, MA, October 21 - November 3, 2019
   (c) Your identification number: ______________
3. Are you currently being held on orders by:
   ☐ Federal authorities ☒ State authorities ☐ Other - explain:
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: ______________
   (b) Docket number of criminal case: ______________
   (c) Date of sentencing: ______________
   ☐ Being held on an immigration charge
   ☒ Other *(explain)*: Implicit long-term house arrest, as per Covid-19 pandemic regulations, despite repeatedly accepted 11 Affidavits of Indigency, but without licenses, without health insurance, without any federal or state "emergency pandemic" aid, without any consideration for denied right for trained and skilled professional work, for denied right to present evidence or call witnesses in trials, and with sadistically and fraudulently denied rights to contact loved ones/dear children.

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☒ Other *(explain)*: Court/sentencing orders/judgments dated: September 26, 2018, June 13, 2019, August 8, 2019, October 21, 2019, December 6, 2019, January 6, 2020
MA DOR license revocation dated: June 13, 2019
Ignored Notices of Appeals: June 25, 2019, November 7, 2019, January 7, 2020, February 12, 2020

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: Middlesex Probate & Family Court, Cambridge, MA
Mass. DOR, Child Support Enforcement Division, MA

(b) Docket number, case number, or opinion number: 07D-3172-DV, 11W-0787-WD, 11W-1147-WD

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

Guilty judgments directly leading to denied right for trained and skilled professional work, decision to deny any and all evidence and calling of relevant witnesses during trial, wrongful sentencing to jail and deliberate, implicit long-term house arrest, ignoring 4 proper notices of appeals, withholding requested transcripts, denying health insurance

(d) Date of the decision or action: Please see dates above in #5

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☒ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: Mass. Appeals Court

(2) Date of filing: November 11, 2019, December 30, 2019, February 19, 2020, March 6, 2020, June 25, 2020

(3) Docket number, case number, or opinion number: 2019-J-0527, 2020-J-0007, 2020-J-0100, 2020-J-0147, 2020-J-0279, 2020-J-0280

(4) Result: All denied

(5) Date of result: All within days of original filing and subsequent reconsideration filings

(6) Issues raised:

Without transcripts of the 18 court hearings it is impossible to argue about what was said, presented and what the judges' answers were. The lower court, despite accepted Affidavits of Indigency, refused to process the 4 notices of appeals, release the properly requested transcripts or prepare the dockets for the Appeals Court.

- "The appellant seeks to stay the judgment of the Probate and Family Court. A party seeking a stay in a civil case must demonstrate "(1) the likelihood of appellant's success on the merits; (2) the likelihood of irreparable harm to appellant if the court denies the stay; (3) the absence of substantial harm to other parties if the stay issues; and (4) the absence of harm to the public interest from granting the stay." The husband has failed to make any of these required showings"

- "The defendant has failed to demonstrate how a stay of the dismissal pending appeal, which would grant no affirmative relief to the defendant, would prevent irreparable harm (moving party must show, among other things, that they will likely suffer irreparable harm if stay is not granted)"

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☒ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: Mass. Attorney General's Office

(2) Date of filing: August 7, 2020

(3) Docket number, case number, or opinion number: AGOFile #1058063

(4) Result:

(5) Date of result:

(6) Issues raised:

August 10, 2020: Thank you for contacting the Office of the Attorney General. Your complaint against Middlesex Probate & Family Court was received by the Civil Rights Division… has decided not to further investigate or intervene in this matter at this time

Complaint for Civil Rights Violation with multiple, emailed or e-filed, and extensive verifiable documents and a voluntary offer for the full 12,000+ pages of evidence already e-filed with the Mass. Appeals Court.

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☒ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: Gov. Baker, Sen. Warren, US Senate, DOJ, "Biden Press", Mass. Chief Justices, Police, AGO, CJC, BBO, ABA

(2) Date of filing: September 7, 2020

(3) Docket number, case number, or opinion number:

(4) Result: Letters just sent

(5) Date of result:

(6) Issues raised:

See open letters attached as an affidavit:
- Gov. Baker: Request for Whistleblower Protection, titled "Systemic Racism," "Toxic Masculinity," etc. - Deadly "Weaponized Psychology" Deceptions
- Dear Sen. Warren: "Arbeit Macht Frei" (Nazi Auschwitz) - And PLEASE RESIGN
- DOJ: "Elite" Child Predators From Harvard And Yale Openly Torturing Young American Boys
- Dear "Biden Press": The "Elites" Are Ripping Our American Children Apart
- Mass. Chief Justices: Dr. Deutsch, An American Dr. Mengele From Harvard (or "elite" child predators sadistically targeting our children)
- Sustained, Systematic and Institutionalized Child Abuse (Parental Alienation) - A POLICE REPORT
- AGO, CJC: Communist "Secret Tribunals": An Easy Answer To Uncomfortable Inconsistencies Re: AGOFile #1058063

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court: __________

(2) Case number: __________

(3) Date of filing: __________

(4) Result: __________

(5) Date of result: __________

(6) Issues raised: __________

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court: __________

(2) Case number: __________

(3) Date of filing: __________

(4) Result: __________

(5) Date of result: __________

(6) Issues raised: __________

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: __________

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: __________

(b) Date of the removal or reinstatement order: __________

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☐ No

If "Yes," provide:
(1) Date of filing: ______
(2) Case number: ______
(3) Result: ______
(4) Date of result: ______
(5) Issues raised: ______

(d) Did you appeal the decision to the United States Court of Appeals?
❒ Yes ❒ No
If "Yes," provide:
(1) Name of court: ______
(2) Date of filing: ______
(3) Case number: ______
(4) Result: ______
(5) Date of result: ______
(6) Issues raised: ______

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

❒ Yes ☒ No

If "Yes," provide:
(a) Kind of petition, motion, or application: ______
(b) Name of the authority, agency, or court: ______
(c) Date of filing: ______
(d) Docket number, case number, or opinion number: ______
(e) Result: ______
(f) Date of result: ______
(g) Issues raised: ______

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Please see my attached SUPPORTING AFFIDAVIT FOR WRIT OF HABEAS CORPUS

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes  ☐ No

**GROUND TWO:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes  ☐ No

**GROUND THREE:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes  ☐ No

**GROUND FOUR:** ______________________________

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I presented all grounds for being held under long-term house arrest in violation of my rights to:
- the Cambridge Family Court, by repeatedly filing motions to reconsider, motions to stay and notices of appeal (I have been denied or ignored)
- the Appeals Court, by repeatedly filing motions for interlocutory appeals and motions to stay
- without the lower court transmitting the dockets to the Appeals Court, nothing else can happen

**Request for Relief**

15. State exactly what you want the court to do:

Declaratory relief for constitutional rights to present evidence and call relevant witnesses in court trials, for right to properly and timely appeal court decisions/judgments, for right to work according to professional skills and training, right to hold my deserved licenses, including implicit freedom to move around, right to support my children according to my abilities, right to apply for health insurance without implicitly abandoning my children, right to have connection with my loved ones/dear children, and all other rights this Court deems just.

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:

_______________

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: September 7, 2020

/s/ Imre Kifor, Pro Se

*Signature of Petitioner*

_______________

*Signature of Attorney or other authorized person, if any*

Print | Save As... | Reset